_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 25 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 12 - 392 |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| EDER MENDOZA-PINO, ) | |
| Defendant. ) | |

**Offenses charged:**

Count 1 – Conspiracy to Distribute Heroin (100+ gr.) and Methamphetamine (50+ gr.)

Count 5 – Possession of ~~Methamphetamine~~ Heroin with Intent to Distribute   *[initials] 7/25/12*

**Date of Detention Hearing:** July 25, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a citizen of Mexico, and is present in this country illegally, according to records of the U.S. Marshal and the Bureau of Immigration and Customs Enforcement.

2. There is an immigration detainer pending against defendant. The issue of his release on this charge is therefore essentially moot.

3. Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer. The court therefore has very limited additional information about defendant.

4. Defendant and his counsel did not oppose the entry of an order of detention.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25 day of July, 2012.

_____
John L. Weinberg
United States Magistrate Judge